UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSURE GLOBAL LLC d/b/a WeShield,

    Plaintiff,

-against-

ISAIAH D. FREY and MED KING SUPPLY,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2022

1:21-cv-5301-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    This action having been commenced on June 15, 2021, by the filing of a Complaint [ECF No. 1], and an Amended Complaint having been filed June 22, 2021 [ECF No. 7], and a copy of the Summons and Amended Complaint having been served on Defendants Isaiah D. Frey and Med King Supply on July 10, 2021, and proof of such service having been filed on July 17, 2021 [ECF Nos. 8-9], and Defendants not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired, and Plaintiff having moved for entry of default judgment on February 15, 2022 [ECF No. 25], and having served the Motion on Defendants [ECF Nos. 25-1], and no opposition having been filed, it is HEREBY ORDERED that the Parties will appear at a Default Judgment Hearing on **July 7, 2022 at 11:00AM.**  The hearing will be held in Courtroom 18C of the 500 Pearl Street Courthouse, New York, New York.

    It is FURTHER ORDERED that Plaintiff must serve this Scheduling Order and another copy of all papers in support of Plaintiff's motion on Defendants on or before **July 5, 2022.**  Proof of service must be filed on the ECF docket by July 5, 2022.

**SO ORDERED.**

Dated: June 27, 2022
    New York, New York

HON. MARY KAY VYSKOCIL
United States District Judge

1