USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSURE GLOBAL, LLC,

           Plaintiff,

-against-

ISAIAH D. FREY and MED KING SUPPLY,

           Defendants.

1:21-cv-5301-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    On June 27, 2022, the Court scheduled a hearing on the Motion for Default Judgment filed by Plaintiff Assure Global, LLC. [ECF No. 28]. Prior to the hearing, counsel for Defendant Isaiah D. Frey entered a limited appearance for the purpose of challenging jurisdiction. [ECF No. 32]. On July 7, 2022, the Court held the hearing on the Motion for Default Judgment, at which counsel for the Plaintiff and Defendant Frey appeared. At the hearing, the Court questioned counsel for the Plaintiff about the jurisdictional facts with respect to the members of the Plaintiff LLC. Counsel for Defendant Frey sought leave to oppose the Motion, asserting that service as to that Defendant was not properly effectuated, and that Defendant Frey should not be a party to the Plaintiff's lawsuit. The Court granted Defendant leave to file an opposition to the Motion, and requested Plaintiff file a supplemental submission with respect to subject matter jurisdiction.

    Accordingly, IT IS HEREBY ORDERED that on or before July 21, 2022, Plaintiff shall file a submission explicating the identity and citizenship of the Plaintiff LLC, in addition to the parent company [ECF No. 11], and explain the jurisdictional facts with respect to each member of the LLC. On or before July 21, 2022, Defendant Frey shall file any opposition to the Motion for Default Judgment on the grounds discussed at the July 7 hearing.

IT IS FURTHER ORDERED that on or before July 14, 2022, the Parties shall confer about a mutually agreeable resolution to this matter, and file a joint letter regarding the status, but not substance, of those discussions.

**SO ORDERED.**

Date:  **July 7, 2022**     **MARY KAY VYSKOCIL**
      **New York, NY**     **United States District Judge**