UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ASSURE GLOBAL, LLC d/b/a WeShield,

                              Plaintiff,

              -against-

ISAIAH D. FREY and MED KING SUPPLY,

                             Defendants.
------------------------------------------------------------------X

**21-CV-5301 MKV)**

**ORDER SCHEDULING
PRE-SETTLEMENT
CONFERENCE CALL**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Wednesday, January 18, 2023 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335**.

      **SO ORDERED.**

DATED:    New York, New York
               December 2, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge