UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ASSURE GLOBAL, LLC d/b/a WeShield,

                            Plaintiff,

        -against-

ISAIAH D. FREY and MED KING SUPPLY,

                          Defendants.
------------------------------------------------------------------X

21-CV-5301 (MKV)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to submit a joint letter by no later than **February 17, 2023**, updating the Court on the status of settlement discussions and whether the parties would like to schedule a settlement conference. As discussed at the January 18, 2023 conference, counsel are required to attend any settlement conference in person, and the parties may attend virtually.

      **SO ORDERED.**

DATED:    New York, New York
                 January 18, 2023

                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge