UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ASSURE GLOBAL, LLC d/b/a WeShield,

                        Plaintiff,

        -against-

ISAIAH D. FREY and MED KING SUPPLY,

                       Defendants.
------------------------------------------------------------------X

21-CV-5301 (MKV)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Wednesday, March 22, 2023 at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are directed to refer to the Court's standing order applicable to settlement conferences, available at https://www.nysd.uscourts.gov/hon-valerie-figueredo. As indicated in that order, parties must submit pre-conference submissions, via e-mail to chambers, by no later than **March 15, 2023.**

      SO ORDERED.

DATED:    New York, New York
               February 15, 2023

                                            _____
                                            VALERIE FIGUEREDO
                                            United States Magistrate Judge