USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

ASSURE GLOBAL, LLC d/b/a WeShield,

Plaintiff,

-against-

ISAIAH D. FREY and MED KING SUPPLY,

Defendants.

------------------------------------------------------------------- X

Docket No.: 21-CV-05301(MKV)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsels for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action, is dismissed with

prejudice, and without costs or attorney fees to either party as against the other.

Dated: Garden City, New York
April 4, 2023

**THE RUSSELL FRIEDMAN LAW GROUP, LLP**
**Attorneys for Plaintiff**

By: /s/*Richard Pawelczyk*
Richard Pawelczyk
400 Garden City Plaza, Suite 500
Garden City, New York 11530
Ph: 516-355-9696
rpawelczyk@rfriedmanlaw.com

**Davis, Ndanusa, Ikhlas & Saleem LLP**
**Attorneys for Defendants**

By: */s/Muhammad Ikhlas*
Muhammad Ikhlas
Davis, Ndanusa, Ikhlas & Saleem LLP
26 Court Street, Suite 603
Brooklyn N.Y. 11242
(646) 205-3218
mikhlas@icloud.com

SO ORDERED: 4/4/2023

Mary Kay Vyskocil
Hon. Mary Kay Vyskocil